# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-019-FDW-DCK

| | |
|---|---|
| CATHERINE E. SHARKEY, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>FORTRESS SYSTEMS INTERNATIONAL, )<br>INC., and ZHONG SU, )<br>)<br>    Defendants. )<br>                                                       ) | **ORDER** |

**THIS MATTER BEFORE THE COURT** on the parties' "Joint Motion To Stay" (Document No. 13) filed April 11, 2018. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion to stay as requested, but will allow the parties additional time to file their Certificate of Initial Attorney's Conference.

As the pending motion notes, this matter has already been delayed by two extensions of time. See (Document Nos. 4 and 9). Moreover, the undersigned is not persuaded that declining to stay this matter for sixty (60) days will prejudice the parties or preclude productive settlement discussions. In fact, the parties appear to agree that the exchange of some discovery will facilitate settlement discussions. (Document No. 13, p.2). As such, the Court encourages the parties to proceed with consensual discovery as proposed, and will allow an extension of time to file a Certificate of Initial Attorney's Conference pursuant to Local Rule 16.1.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay" (Document No. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall conduct an Initial Attorney's Conference and file a Certificate of Initial Attorney's Conference on or before **May 9, 2018**.

**SO ORDERED**.

Signed: April 12, 2018

David C. Keesler
United States Magistrate Judge