# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-019-FDW-DCK

| | |
|---|---|
| CATHERINE E. SHARKEY and RON SEVEAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FORTRESS SYSTEMS INTERNATIONAL, INC., d/b/a FORTRESS MOBILE, and ZHONG SU, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. In consultation with the chambers of the Honorable Frank D. Whitney, and counsel for the parties, a date for a Judicial Settlement Conference has been agreed upon.

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene on Tuesday, October 8, 2019, at 10:00 a.m. in Courtroom #2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #2-2 and its attached conference rooms.

**SO ORDERED**.

Signed: October 3, 2019

David C. Keesler
United States Magistrate Judge