UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00019-FDW-DCK

FILED
CHARLOTTE, NC
NOV 06 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

CATHERINE E. SHARKEY )
)
    Plaintiffs, )
)
v. ) **VERDICT FORM**
FORTRESS SYSTEMS INTERNATIONAL, )
INC., d/b/a FORTRESS MOBILE, and )
ZHONG SU, individually, )
)
    Defendants. )
_____)

We, the Jury, unanimously find:

1. Are Defendants liable to **Plaintiff Catherine E. Sharkey** for violation of the Fair Labor Standards Act?

    YES _____

    NO ___✓_____

*If you answered "Yes" to Question 1, proceed to question 2. If you answered "No," then do not answer Question 2, and you may end your deliberations.*

2. What amount of damages, if any, is **Plaintiff Catherine E. Sharkey** entitled to recover on this claim?

    $_____

    (Write out amount in words) _____

*You may end your deliberations and sign the verdict form.*

Dated this the 6th day of November, 2019.

[signature redacted]