UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00019-FDW-DCK

FILED
CHARLOTTE, NC

NOV 06 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

RON SEVEAN,

    Plaintiff,

v.

FORTRESS SYSTEMS INTERNATIONAL, INC., d/b/a FORTRESS MOBILE, and ZHONG SU, individually,

    Defendants.

**VERDICT FORM**

We, the Jury, unanimously find:

1. Are Defendants liable to **Plaintiff Ron Sevean** for violation of the Fair Labor Standards Act?

    YES ✓

    NO _____

*If you answered "Yes" to Question 1, then proceed to question 1(a). If you answered "No," then do not answer Question 1(a) or Question 2, and you may end your deliberations.*

**1(a).** If you find Defendants liable, is Mr. Sevean nonetheless exempt from the Fair Labor Standards Act as an outside salesperson?

    YES ✓

    NO _____

*If you answered "No" to Question 1(a), proceed to Question 2 on the next page. If you answered "Yes," to Question 1(a), do not answer Question 2 and you may end your deliberations and sign the verdict form.*

2. What amount of damages, if any, is **Plaintiff Ron Sevean** entitled to recover on this claim?

   $_____

   (Write out amount in words) _____

*You may end your deliberations and sign the verdict form.*

Dated this the  6th  day of November, 2019.

