# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Catherine E. Sharkey<br>Ron Sevean**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00019-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Zhong Su<br>Fortress Systems International, Inc.**,**<br>Defendant(s). | )<br>) | |

DECISION BY JURY. This action having come before the Court at Jury Trial and verdicts having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's November 6, 2019 Verdicts.

                                          November 7, 2019

_____
Frank G. Johns, Clerk
United States District Court