UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3-18-cv-00019

| | |
|---|---|
| CATHERINE E. SHARKEY and RON SEVEAN<br>　　　　Plaintiffs,<br><br>v.<br><br>FORTRESS SYSTEMS INTERNATIONAL, INC., d/b/a FORTRESS MOBILE, and ZHONG SU, individually<br><br>　　　　Defendants. | NOTICE OF APPEAL |

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Catherine E. Sharkey hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order [ECF No. 47] entered by United States District Court Judge Frank D. Whitney, on August 13, 2019 partially granting Defendants' Motion for Summary Judgment and Judgment [ECF No. 73] entered by United States District Clerk, Frank G. Johns, on November 7, 2019.

This the 9th day of December 2019.

　　　　　　　　　　　　　　　　*/s/ L. Michelle Gessner*
　　　　　　　　　　　　　　　　L. Michelle Gessner
　　　　　　　　　　　　　　　　NC State Bar No. 26590
　　　　　　　　　　　　　　　　THE LAW OFFICES OF MICHELLE GESSNER, PLLC
　　　　　　　　　　　　　　　　435 East Morehead Street
　　　　　　　　　　　　　　　　The Mayes House
　　　　　　　　　　　　　　　　Charlotte, North Carolina 28202
　　　　　　　　　　　　　　　　Telephone: (704) 234-7442; Fax: (980) 206-0286
　　　　　　　　　　　　　　　　E-Mail: michelle@mgessnerlaw.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned certifies that she filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the CM/ECF participants and counsel of record:

>Frederick M. Thurman, Jr.
>N.C. Bar No. 26159
>SHUMAKER LOOP & KENDRICK, LLP
>101 S. Tryon St., Suite 2200
>Charlotte, North Carolina 28202
>Telephone: (704) 375-0057
>*Attorney for Defendants*

This the 9th day of December, 2019.

>*/s/ L. Michelle Gessner*
>L. Michelle Gessner
>NC State Bar No. 26590
>THE LAW OFFICES OF MICHELLE GESSNER, PLLC
>435 East Morehead Street
>The Mayes House
>Charlotte, North Carolina 28202
>Telephone: (704) 234-7442; Fax: (980) 206-0286
>E-Mail: michelle@mgessnerlaw.com
>
>*Attorney for Plaintiff*